UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FARBS, | No. No. CV 13-5971 GW (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ASSOCIATE WARDEN C. YNSON, CPT. WILLIAMS, SERGEANT J. RACHEL, | |
| Respondents. | |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: September 6, 2013

GEORGE H. WU
United States District Judge